IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC, f/k/a )
LASALLE BUSINESS CREDIT, INC., )
                                                                            )
           Plaintiff,                            )    Case No. 05-CV10268-DPW
                                                                            )
v.                                                            )
                                                           )
CLINTON SAVINGS BANK,                  )
                                                           )
           Defendant.                       )

**PLAINTIFF'S EMERGENCY EX PARTE MOTION
FOR SHORT ORDER OF NOTICE AND EXPEDITED
HEARING REGARDING MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, LaSalle Business Credit, LLC ("LaSalle"), hereby moves on an emergency basis for an expedited hearing and determination of LaSalle's motion for a Preliminary Injunction (the "Preliminary Injunction Motion") enjoining Defendant, Clinton Savings Bank ("Clinton Bank"), from proceeding with a sale of real estate scheduled for February 16, 2005. In support of this Motion, LaSalle refers the Court to the Preliminary Injunction Motion and further states:

### Grounds for Granting Relief

1.    This case involves a five-count Complaint by LaSalle against Clinton Bank. In Count III of the Complaint, LaSalle asserts a claim to have a mortgage interest obtained by Clinton Bank from Tradex Corporation ("Tradex") set aside as having been obtained in violation of § 5 of the Uniform Fraudulent Transfer Act (Mass. Gen. L. Chapter 109A, § 5). In an action for relief under the Uniform Fraudulent Transfer Act, a creditor may obtain an injunction against further disposition of the asset transferred to the creditor-transferee. Mass. Gen. L. chapter 109A, § 8. Such interest is also subject to equitable subordination.

2. Clinton Bank has indicated that it intends to foreclose on the Tradex mortgage on February 16, 2005. If the Court has not heard and decided LaSalle's Preliminary Injunction Motion prior to that date, the Tradex property will be sold, and LaSalle will be unable to attain relief. As alleged in the Preliminary Injunction Motion, LaSalle's rights as a creditor of Tradex may be defeated unless LaSalle obtains the requested injunctive relief, and LaSalle will be irreparably harmed.

3. Clinton Bank's counsel has been informed of LaSalle's position, and LaSalle's desire to postpone the foreclosure sale pending the disposition of the issues at stake in this action. Clinton Bank has declined to postpone the foreclosure.

### Prayer for Relief

Plaintiff, LaSalle Business Credit LLC, requests that the Court schedule a hearing on LaSalle's Motion for a Preliminary Injunction on an expedited basis, and, in any event, prior to February 16, 2005. Plaintiff further requests the Court to grant such other and further relief as is just and equitable. For the convenience of the Court, LaSalle has attached a proposed form of Order hereto.

Dated: February 11, 2005

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC

By: _____
One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Phone: (617) 367-9500
Fax:   (617) 742-1788

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by overnight delivery service on February 11, 2005, upon counsel for the defendant.

_____
Patrick W. Manzo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a <br> LASALLE BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLINTON SAVINGS BANK, <br><br> Defendant. | Case No. 05-CV10268-DPW |

**[PROPOSED] ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE ENJOINING CLINTON BANK FROM FORECLOSING ON A MORTGAGE GRANTED BY TRADEX CORPORATION**

Upon a showing made by plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. ("LaSalle") in *Plaintiff's Emergency Ex Parte Motion For Expedited Hearing Regarding Motion For Preliminary Injunction*, with cause appearing:

IT IS ORDERED that Clinton Savings Bank and LaSalle shall appear before this Court on _____ at _____ for a hearing to determine the disposition of LaSalle's motion for a preliminary injunction..

Dated: _____

_____
United States District Judge