UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC f/k/a
LASALLE BUSINESS CREDIT, INC.,
   Plaintiffs,

v.                                          CIVIL ACTION 05-10268-DPW

CLINTON SAVINGS BANK
      Defendants

## NOTICE OF SCHEDULING MOTION HEARING

WOODLOCK, District Judge

     Take Notice that a Motion hearing on Plaintiff's Motion for a Preliminary Injunction is set for **FEBRUARY 15, 2005 AT 9:00 AM** in Courtroom 1 on the 3rd Floor. Defendant is ordered to file response to this motion by close of business Monday, February 14, 2005. Plaintiff is ordered to, forthwith, serve this notice on defendant.

                                                        BY THE COURT,

                                                        /s/ Michelle Rynne
                                                        Deputy Clerk

DATED: February 11, 2005