## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC, f/k/a )
LASALLE BUSINESS CREDIT, INC., )
                                       )
             Plaintiff, )        Case No. 05-CV10268-DPW
                                         )
      v. )
                                         )
CLINTON SAVINGS BANK, )
                                         )
             Defendant. )

## MOTION PURSUANT TO LOCAL RULE 83.5.3(b)
## OF THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS FOR ADMISSION OF
## ERIC S. REIN, JOHN L. CONLON AND BETHANY N. SCHOLS PRO HAC VICE

Patrick W. Manzo, a member of the bar of the United States District Court for the

District of Massachusetts, who has, concurrent with this motion, filed an appearance in this

matter, moves for entry of an order authorizing Eric S. Rein, John L. Conlon and Bethany N.

Schols to practice *pro hac vice* before the United States District Court for the District of

Massachusetts to represent LaSalle Business Credit, LLC, a Delaware limited liability

company, in the above-captioned proceedings, pursuant to Local Rule 83.5.3(b) of the United

States District Court for the District of Massachusetts. In support thereof, the certificates of

Eric S. Rein, John L. Conlon and Bethany N. Schols, required by Local Rule 83.5.3(b) of the

United States District Court for the District of Massachusetts are attached hereto as Exhibits

A - C.

Dated: February 11, 2005

Patrick W. Manzo(BBO #651891)
Craig and Macauley
  Professional Corporation
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by overnight delivery service on February 11, 2005, upon counsel for the defendant.

Patrick W. Manzo

<u>Exhibit A</u>

I, Eric S. Rein , hereby certify, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, that I am eligible for admission *pro hac vice* to this Court, am admitted to practice in Illinois, the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Seventh Circuit, and am in good standing in every jurisdiction where I have been admitted to practice.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn to under the penalties of perjury.

Dated: February 9, 2004

Eric S. Rein
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Telephone: 312-346-1300
Telecopier: 312-782-8416

Exhibit B

I, John L. Conlon, hereby certify, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, that I am eligible for admission *pro hac vice* to this Court, am admitted to practice in Illinois and California, and am in good standing in every jurisdiction where I have been admitted to practice.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn to under the penalties of perjury.

Dated: February 9, 2005

John L. Conlon
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Telephone: 312-346-1300
Telecopier: 312-782-8416

Exhibit C

I, Bethany N. Schols, hereby certify, pursuant to Local Rule 83.5.3(b) of the United

States District Court for the District of Massachusetts, that I am eligible for admission *pro*

*hac vice* to this Court, am admitted to practice in Illinois, the United States District Court for

the Northern District of Illinois and the United States Court of Appeals for the Seventh

Circuit, and am in good standing in every jurisdiction where I have been admitted to practice.

There are no disciplinary proceedings pending against me as a member of the bar in any

jurisdiction.  I am familiar with the Local Rules of the United States District Court for the

District of Massachusetts.

Sworn to under the penalties of perjury.

Dated: February 9, 2004

Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Telephone: 312-346-1300
Telecopier: 312-782-8416