UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a LASSALE BUSINESS CREDIT, INC.,<br><br>      Plaintiff<br><br>      v.<br><br>CLINTON SAVINGS BANK,<br><br>      Defendant | Case No. 05-CV10268-DPW |

## CERTIFICATE OF SERVICE

      I, Philip F. Coppinger, hereby certify that, on this 17th day of March, 2005, I served a true and correct copy of Clinton Savings Bank's Motion to Dismiss Complaint, via first class mail postage prepaid, upon:

Christopher Panos
Craig & Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02110

                                                             /s/ Philip F. Coppinger
                                                             Philip F. Coppinger

Dated: March 17, 2005
Worcester Massachusetts