UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a LASSALE BUSINESS CREDIT, INC., <br><br> Plaintiff <br><br> v. <br><br> CLINTON SAVINGS BANK, <br><br> Defendant | Case No. 05-CV10268-DPW |

### REQUEST FOR ORAL ARGUMENT

Clinton Savings Bank, defendant in this proceeding, hereby requests, pursuant to Rule 7.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, that its Motion to Dismiss Complaint, filed on March 17, 2005, be set for oral argument at a time to be determined by the Court.

        /s/ Philip F. Coppinger
J. Robert Seder (BBO# 450260)
Kevin C. McGee (BBO#548923)
Philip F. Coppinger (BBO# 641664)
SEDER & CHANDLER
339 Main Street - Suite 300
Worcester, Massachusetts 01608
Tel:  (508) 757-7721
Fax:  (508) 798-1863

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a LASSALE BUSINESS CREDIT, INC.,<br><br>    Plaintiff<br><br>    v.<br><br>CLINTON SAVINGS BANK,<br><br>    Defendant | Case No. 05-CV10268-DPW |

## CERTIFICATE OF SERVICE

I, Philip F. Coppinger, hereby certify that, on this 18th day of March, 2005, I served a true and correct copy of Clinton Savings Bank's Request for Oral Argument, via first class mail postage prepaid, upon:

Christopher Panos
Craig & Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02110

John L. Conlon
Schwartz Cooper Greenberger & Krauss
180 North LaSalle Street, Suite 2700
Chicago, IL  60601

                                                 /s/ Philip F. Coppinger
                                                 Philip F. Coppinger

Dated: March 18, 2005
Worcester Massachusetts