**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a )<br>LASALLE BUSINESS CREDIT, INC.,       )<br>                                                             )<br>           Plaintiff,                                  )<br>                                                             )<br>    v.                                                   )<br>                                                             )<br>CLINTON SAVINGS BANK,                   )<br>                                                             )<br>           Defendant.                               ) | Case No. 05-CV-10268-DPW |

**JOINT STATEMENT FOR LOCAL RULE 16.1 CONFERENCE**

Pursuant to Local Rule 16.1, the undersigned parties have conferred and state as follows:

I. <u>PROPOSED DISCOVERY PLAN</u>

The parties propose the following discovery plan:

A. Exchange Rule 26(a)(1) information. **May 15, 2005**.

B. Maximum depositions, exclusive of parties: **5 per party**. The deposition of a corporate designee shall count as one deposition, regardless of number of witnesses produced. Keeper of Records depositions shall not count towards the total of 5 per party.

C. Lay witness depositions must be completed no later than **October 1, 2005**.

D. Reports for experts due: **November 1, 2005** (Plaintiff) and **December 1, 2005** (Defendant).

E. Expert Witness depositions must be completed by **January 15, 2006**.

II. <u>PROPOSED SCHEDULE FOR FILING MOTIONS</u>

A. To file motions for summary judgment. **February 1, 2006**.

III. <u>CERTIFICATIONS OF COUNSEL AND PARTIES</u>

The parties will file certifications separately.

IV. <u>OTHER MATTERS</u>

296572.1 042314-34311

- 2 -

A. This statement is submitted without waiving any party's right to move the Court for amendment of the schedule proposed herein, or to seek a stay of this action[1].

B. Proposed agenda for the April 20, 2005 conference:

1. Review of foregoing discovery plan and establishment of schedule.

2. The parties have not consented to trial by a Magistrate Judge.

Dated: April 14, 2005                           Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC          CLINTON SAVINGS BANK

By: /s/ Patrick W. Manzo                      By: /s/ Kevin C. McGee
       One of Its Attorneys                              One of Its Attorneys

---

[1] The dates set forth herein are set with the assumptions that: (a) the Court has denied Clinton Savings Bank's motion to dismiss LaSalle Business Credit, Inc.'s complaint, with respect to all or some of the counts in said complaint; and (b) Clinton Savings Bank has subsequently filed its answer to the complaint prior to May 15, 2005. In the event that either or both of these assumptions prove to be untrue on May 15, 2005, then the parties agree that the time for the Rule 26 information exchange shall be within five (5) days after the answer is filed, and reserve the right to seek to amend the other dates set forth herein, if warranted.

296572.1 042314-34311