## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

LASALLE BUSINESS CREDIT, LLC, f/k/a)
LASALLE BUSINESS CREDIT, INC.,　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　)　　　Case No. 05-CV-10268-DPW
　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
CLINTON SAVINGS BANK,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　)

### PLAINTIFF'S CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

　　　Plaintiff LaSalle Business Credit, LLC ("LaSalle") and undersigned counsel for LaSalle certify that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation and have conferred to consider the resolution of this litigation through the use of alternative dispute resolutions programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

SCHWARTZ, COOPER, GREENBERGER &　　LASALLE BUSINESS CREDIT, LLC
KRAUSS, CHTD.

_____　　　By: _____
　　　　　　　　　　　　　　　　　　　　　GROUP SENIOR VICE PRESIDENT

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: (312) 346-1300
Fax: (312) 782-8416

April 15, 2005　　　　　　　　　　　　April 15, 2005