IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>CLINTON SAVINGS BANK,<br><br>      Defendant. | Case No. 05-CV-10268-DPW |

## JOINT STATUS REPORT

Pursuant to the Court's order that the parties submit status reports at 45-day intervals, the undersigned parties have conferred and state as follows:

## CURRENT CASE STATUS

1.  The parties continue to execute the case scheduling plan approved by the court.

2.  Counsel for LaSalle Business Credit, LLC ("LaSalle") recently inquired of the United States Attorney's office regarding the investigation of matters related to Gitto Global. LaSalle was unable to obtain any information, but believes the grand jury investigation is ongoing.

Dated: June 8, 2005                                   Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC          CLINTON SAVINGS BANK

By: /s/ Patrick W. Manzo                         By: /s/ Kevin C. McGee
      One of Its Attorneys                              One of Its Attorneys