IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br>       Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> CLINTON SAVINGS BANK, ) <br> ) <br>       Defendant. ) | Case No. 05-CV-10268-DPW |

## JOINT STATUS REPORT

Pursuant to the Court's order that the parties submit status reports at 45-day intervals, the undersigned parties have conferred and state as follows:

### CURRENT CASE STATUS

1. The parties continue to execute the case scheduling plan approved by the court.

Dated: July 25, 2005                                     Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC            CLINTON SAVINGS BANK

By: /s/ Patrick W. Manzo                              By: /s/ Kevin C. McGee
      One of Its Attorneys                                         One of Its Attorneys

Christopher J. Panos (BBO# 555273)            Kevin C. McGee (BBO# 548923)
Patrick W. Manzo (BBO# 651891)                J. Robert Seder (BBO# 450260)
Craig and Macauley Professional Corporation   Seder & Chandler
Federal Reserve Plaza                         339 Main Street
600 Atlantic Avenue                           Worcester, MA 01608
Boston, MA 02210                              (508) 757-7721
Phone: (617) 367-9500
Fax:   (617) 742-1788