IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br>　　　　　　　　　　　　　　　　　　) <br>　　　　　　Plaintiff, 　　　　　　　) <br>　　　　　　　　　　　　　　　　　　) <br>　v.　　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　) <br> CLINTON SAVINGS BANK, 　　　　　　) <br>　　　　　　　　　　　　　　　　　　) <br>　　　　　　Defendant. 　　　　　　　) | Case No. 05-CV-10268-DPW |

**JOINT STATUS REPORT**

　　　Pursuant to the Court's order that the parties submit status reports at 45-day intervals, the undersigned parties have conferred and state as follows:

CURRENT CASE STATUS

1.　　The parties continue to execute the case scheduling plan approved by the court; the parties, by joint motion dated September 29, 2005, have also requested that the Court extend all dates under the case scheduling plan sixty (60) days, including the deadline for completing discovery. The Court has not yet acted on the parties' joint motion.

2.　　On September 8, 2005, the Bankruptcy Court in the Tradex Corporation ("Tradex") bankruptcy (Chapter 11, Case No. 05-40748-JBR) entered an order approving the sale of Tradex's improved real estate to a third party, in which the Bankruptcy Court provides that Clinton's and LaSalle's respective liens will attach to the proceeds of said sale in the order of their respective priority (net of expenses of said sale, including brokers' commissions and the Chapter 11 trustee's attorneys fees and expenses), and such proceeds will be held by Tradex's Chapter 11 trustee (the "Trustee") until further order of the Bankruptcy Court. A true and correct copy of the Bankruptcy Court's Order is attached to the parties' status report to this Court, dated September 12, 2005. The parties are informed that the sale was consummated on September 23, 2005, and the Trustee continues to hold the proceeds of said sale pursuant to the Bankruptcy Court's Order.

- 2 -

Dated: October 24, 2005                                       Respectfully submitted,

| LASALLE BUSINESS CREDIT, LLC | CLINTON SAVINGS BANK |
|---|---|
| By: /s/ Patrick W. Manzo | By: /s/ Kevin C. McGee |
| One of Its Attorneys | One of Its Attorneys |
| Christopher J. Panos (BBO# 555273) | Kevin C. McGee (BBO# 548923) |
| Patrick W. Manzo (BBO# 651891) | J. Robert Seder (BBO# 450260) |
| Craig and Macauley Professional Corporation | Seder & Chandler |
| Federal Reserve Plaza | 339 Main Street |
| 600 Atlantic Avenue | Worcester, MA 01608 |
| Boston, MA 02210 | (508) 757-7721 |
| Phone: (617) 367-9500 | |
| Fax:   (617) 742-1788 | |