**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a<br>LASALLE BUSINESS CREDIT, INC., | ) )<br>) | |
| Plaintiff, | ) )<br>) | Case No. 05-CV-10268-DPW |
| v. | ) )<br>) | |
| CLINTON SAVINGS BANK, | ) )<br>) | |
| Defendant | ) | |
| LASALLE BUSINESS CREDIT, LLC, f/k/a<br>LASALLE BUSINESS CREDIT, INC., | ) )<br>)<br>) | |
| Plaintiff, | )<br>) | Case No. 04-CV-12227-DPW |
| v. | ) )<br>) | |
| GARY GITTO, et. al., | ) )<br>) | |
| Defendants | ) | |

## ORDER ON RENEWED AND REVISED JOINT MOTION TO EXTEND DISCOVERY PERIOD AND FOR A CONFIRMATORY ORDER REGARDING PARALLEL DISCOVERY WITH RELATED CASE

After consideration of the above-referenced motion (the "Motion"), and after opportunity to comment on the proposed version of this Order by all of the parties in each of the above-referenced cases, it is hereby ORDERED:

### EXTENSION OF DEADLINES IN CASE NO 05-CV-10268.

1.    The Court's Scheduling Order, dated April 8, 2005, is hereby amended to provide that the following extended deadlines shall apply:

    a.   All discovery shall be completed on or before **January 2, 2006**;

b. All trial experts are to be designated and disclosure of information contemplated by FRCP Rule 26 provided by the plaintiff, LaSalle Business Credit, LLC ("LaSalle") no later than **February 1, 2006**, and by the defendant, Clinton Savings Bank ("Clinton"), no later than **March 1, 2006**, expert depositions to be completed by **April 15, 2006**;

c. Motions for Summary Judgment to be filed by **May 1, 2006**, after completion of the necessary discovery and responses are to be filed within fourteen (14) calendar days thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1; and

d. The scheduling/status conference set for **March 16, 2006** at 2:30 p.m. in Courtroom 1 is cancelled and a new scheduling/status conference is scheduled for MAY 25, 2006 at 2:30 p.m. in Courtroom 1 . By MAY 18, 2006, LaSalle and Clinton shall file a STATUS REPORT indicating the current status of the case, including discovery proceedings, settlement discussions, pending or contemplated motions, proposed dates for pretrial conferences and for trial, and any other matters that should be addressed at the further conference.

## CONFIRMATION OF BENCH ORDERS IN CASES 04-CV-12227 AND 05-CV-10268

2.    The Court confirms and ratifies its bench orders, entered at the April 6, 2005 pretrial conferences held in both of these cases, that counsel for Clinton shall have the right to appear and ask questions of any witness deposed in connection with Case No. 04-CV-12227, and that depositions taken in Case No. 04-CV-12227

shall be available for use in Case No. 05-CV-10268 as if said depositions had

been taken in Case No. 05-CV-10268, to the extent such use is permitted by the

Federal Rules of Evidence.

Dated: _December 7, 2005_     By the Court,

             Douglas P. Woodlock