**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLINTON SAVINGS BANK, ) <br> ) <br> Defendant. ) | Case No. 05-CV-10268-DPW |

## JOINT STATUS REPORT

Pursuant to the Court's order that the parties submit status reports at 45-day intervals, the undersigned parties have conferred and state as follows:

### CURRENT CASE STATUS

1.      The parties continue to execute the case scheduling plan approved by the court.

2.      The parties have requested the court to extend the discovery closing date to January 2, 2006, and for an order confirming the court's bench orders that discovery taken in Case No. 04-12227-DPW, *LaSalle Business Credit, LLC v. Gitto, et al.* may also be used for any purpose allowed by the Federal Rules in the instant action.

- 2 -

Dated:  December 12, 2005                                        Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC                CLINTON SAVINGS BANK

By: /s/ Patrick W. Manzo                                    By: /s/ Kevin C. McGee
       One of Its Attorneys                                         One of Its Attorneys

Christopher J. Panos (BBO# 555273)          Kevin C. McGee (BBO# 548923)
Patrick W. Manzo (BBO# 651891)              J. Robert Seder (BBO# 450260)
Craig and Macauley Professional Corporation  Seder & Chandler
Federal Reserve Plaza                        339 Main Street
600 Atlantic Avenue                          Worcester, MA 01608
Boston, MA  02210                            (508) 757-7721
Phone: (617) 367-9500
Fax:   (617) 742-1788