IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>CLINTON SAVINGS BANK,<br><br>        Defendant. | )<br>)<br>)<br>)   Case No. 05-CV-10268-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's order that the parties submit status reports at 45-day intervals, the undersigned parties have conferred and state as follows:

### CURRENT CASE STATUS

1.    The parties continue to execute the case scheduling plan approved by the court.

Dated: January 23, 2006                                    Respectfully submitted,

| LASALLE BUSINESS CREDIT, LLC | CLINTON SAVINGS BANK |
|---|---|
| By: /s/ Patrick W. Manzo<br>       One of Its Attorneys | By: /s/ Kevin C. McGee<br>       One of Its Attorneys |
| Christopher J. Panos (BBO# 555273)<br>Patrick W. Manzo (BBO# 651891)<br>Craig and Macauley Professional Corporation<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Phone: (617) 367-9500<br>Fax:   (617) 742-1788 | Kevin C. McGee (BBO# 548923)<br>J. Robert Seder (BBO# 450260)<br>Seder & Chandler<br>339 Main Street<br>Worcester, MA 01608<br>(508) 757-7721 |