**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLINTON SAVINGS BANK, ) <br> ) <br> Defendant. ) | Case No. 05-CV-10268-DPW |

## JOINT STATUS REPORT

Pursuant to the Court's order that the parties submit status reports at 45-day intervals, the undersigned parties have conferred and state as follows:

### CURRENT CASE STATUS

1.    The parties continue to execute the case scheduling plan approved by the court.

2.    Fact discovery has closed. The parties have exchanged expert reports and have set dates to conduct expert depositions.

3.    Tradex Corporation, by and through its Trustee, filed a motion to amend its existing complaint against Clinton Savings Bank on January 26, 2006, in order to assert claims for fraudulent transfer, declaratory judgment and disgorgement against Clinton Savings Bank. Further, the Trustee sought to dismiss a breach of contract claim and the Chapter 93A claim brought in the original complaint, and to be named as the appropriate plaintiff in the action. The Trustee's motion was allowed on February 9, 2006. Clinton Savings Bank answered that amended complaint on February 21, 2006. The bankruptcy court has required that discovery be completed on or before April 24, 2006, and dispositive motions be filed on or before May 22, 2006. A final pretrial memorandum is due on June 5, 2006; no trial date has been set.

- 2 -

Dated:  March 9, 2006                                              Respectfully submitted,

| LASALLE BUSINESS CREDIT, LLC | CLINTON SAVINGS BANK |
|---|---|
| By: /s/ Patrick W. Manzo | By: /s/ Kevin C. McGee |
| One of Its Attorneys | One of Its Attorneys |
| Christopher J. Panos (BBO# 555273) | Kevin C. McGee (BBO# 548923) |
| Patrick W. Manzo (BBO# 651891) | J. Robert Seder (BBO# 450260) |
| Craig and Macauley Professional Corporation | Seder & Chandler |
| Federal Reserve Plaza | 339 Main Street |
| 600 Atlantic Avenue | Worcester, MA 01608 |
| Boston, MA  02210 | (508) 757-7721 |
| Phone: (617) 367-9500 | |
| Fax:    (617) 742-1788 | |