IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a<br>LASALLE BUSINESS CREDIT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CLINTON SAVINGS BANK,<br><br>    Defendant. | )<br>)<br>)<br>)  Case No. 05-CV-10268-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's order that the parties submit status reports at 45-day intervals, the undersigned parties have conferred and state as follows:

### CURRENT CASE STATUS

1.  The parties continue to execute the case scheduling plan approved by the court.

2.  Fact discovery has closed. The parties have exchanged expert reports and have completed expert depositions.

Dated: April 25, 2006                                                                 Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC                CLINTON SAVINGS BANK


By: /s/ Patrick W. Manzo                                   By: /s/ Kevin C. McGee
       One of Its Attorneys                                           One of Its Attorneys

Christopher J. Panos (BBO# 555273)              Kevin C. McGee (BBO# 548923)
Patrick W. Manzo (BBO# 651891)                   J. Robert Seder (BBO# 450260)
Craig and Macauley Professional Corporation   Seder & Chandler
Federal Reserve Plaza                                        339 Main Street
600 Atlantic Avenue                                           Worcester, MA 01608
Boston, MA  02210                                            (508) 757-7721
Phone: (617) 367-9500
Fax:   (617) 742-1788