**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLINTON SAVINGS BANK, ) <br> ) <br> Defendant. ) | Case No. 05-CV-10268-DPW |

**JOINT REQUEST FOR EXTENSION OF CASE DEADLINES**

Plaintiff LaSalle Business Credit, LLC ("LaSalle") and Defendant Clinton Savings Bank ("Clinton") hereby jointly request that the Court extend certain deadlines set by the Court. This request is made 1) because lead counsel for LaSalle is presently on jury duty and is unable to turn his attention to this case or prepare a response to Clinton's pending *Motion for Summary Judgment;* and 2) the present schedule presents a conflict with counsel for Clinton's pre-paid vacation. Accordingly, the parties request that the Court endorse this request and Order that case deadlines be extended as follows:

1. Clinton filed its *Motion for Summary Judgment* on May 1, 2006. LaSalle's response thereto shall be due on or before May 30, 2006.

2. The joint STATUS REPORT (indicating the current status of the case, including discovery proceedings, settlement discussions, pending or contemplated motions, proposed dates for pretrial conferences and for trial, and any other matters that should be addressed at a further conference) currently due on May 18, 2006 shall be filed on or before June 13, 2006.

- 2 -

3. The scheduling/status conference set for May 25, 2006 at 2:30 p.m. in Courtroom 1 is cancelled and a new scheduling/status conference is scheduled for [June 21, 2006] at ___:___ __.m. in Courtroom 1.

Dated: May 3, 2006                                                         Respectfully submitted,

CLINTON SAVINGS BANK                              LASALLE BUSINESS CREDIT, LLC

By: /s/ Kevin C. McGee                                       By: /s/ Patrick W. Manzo
        One of Its Attorneys                                              One of Its Attorneys

Kevin C. McGee (BBO# 548923)                      Christopher J. Panos (BBO# 555273)
J. Robert Seder (BBO# 450260)                        Patrick W. Manzo (BBO# 651891)
Seder & Chandler                                               Craig and Macauley Professional Corporation
339 Main Street                                                   Federal Reserve Plaza
Worcester, MA 01608                                         600 Atlantic Avenue
(508) 757-7721                                                     Boston, MA 02210
                                                           Phone: (617) 367-9500
                                                           Fax:   (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: (312) 346-1300
Fax: (312) 782-8416

IT IS SO ORDERED.

                                                                                                    United States District Court

Dated at Boston, Massachusetts, May ___, 2006.