# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a<br>LASALLE BUSINESS CREDIT, INC., | )<br>)<br>) | |
| Plaintiff, | ) | CIVIL ACTION 05-10268-DPW |
| | ) | |
| v. | )<br>) | |
| CLINTON SAVINGS BANK, | )<br>) | |
| Defendant. | ) | |

## NOTICE OF FILING
## AFFIDAVIT OF ERIC S. REIN

Notice is hereby given that the *Affidavit of Eric S. Rein in Opposition to Motion of Clinton Savings Bank for Summary Judgment*, dated May 25, 2006, has been manually filed with the Court and is available in paper form only.

The original document is maintained in the case file in the Clerk's Office.

Dated: May 30, 2006                                         Respectfully submitted,

                                                            LASALLE BUSINESS CREDIT, LLC


                                                            By:      /s/ Patrick W. Manzo
                                                                     One of its attorneys

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:   (617) 742-1788

Eric S. Rein
John L. Conlon
Bethany N. Schols
Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone: (312) 346-1300
Fax: (312) 782-8416

,

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 30, 2006.

                                                                                      /s/ Patrick W. Manzo