# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a ) <br> LASALLE BUSINESS CREDIT, INC., ) <br>                          ) <br> Plaintiff, ) <br>                          ) <br> v.                      ) <br>                          ) <br> CLINTON SAVINGS BANK, ) <br>                          ) <br> Defendant. ) | Case No. 05-CV-10268-DPW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please enter the appearance of Richard A. Sugarman of Craig and Macauley Professional Corporation as attorney for plaintiff LaSalle Business Credit, LLC f/k/a LaSalle Business Credit, Inc. in the above-captioned action.

Dated: August 10, 2006              Respectfully submitted,

                                    By:    /s/ Richard A. Sugarman
                                    Richard A. Sugarman (BBO# 646791)
                                    Craig and Macauley Professional Corporation
                                    Federal Reserve Plaza
                                    600 Atlantic Avenue
                                    Boston, MA  02210
                                    Phone: (617) 367-9500
                                    Fax:   (617) 742-1788

<u>Certificate of Service</u>

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 10, 2006.

                                                /s/ Richard A. Sugarman
                                                Richard A. Sugarman