**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a<br>LASALLE BUSINESS CREDIT, INC., | )<br>)<br>) | |
| Plaintiff, | ) | Case No. 05-CV-10268-DPW |
| | ) | |
| v. | ) | |
| | ) | |
| CLINTON SAVINGS BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR WITHDRAWAL**
**OF APPEARANCE OF PATRICK W. MANZO**

Pursuant to LR 83.5.2(c) the undersigned, a counsel of record for Plaintiff LaSalle Business Credit, LLC ("LaSalle"), respectfully moves the Court for an Order granting the withdrawal of his appearance in this matter.

The undersigned is leaving his position with Craig and Macauley Professional Corporation. LaSalle continues to be represented by Attorney Christopher Panos of Craig and Macauley, and by Attorneys Eric Rein, John Conlon, and Bethany Schols of Schwarz Cooper Greenberger and Kraus, all of whom have previously filed their appearances in this case.

Accordingly, for all of the reasons stated herein, the undersigned counsel respectfully requests that his Motion for Withdrawal of Appearance be granted.

Dated: August 10, 2006            Respectfully submitted,

By:     /s/ Patrick W. Manzo
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Phone: (617) 367-9500
Fax: (617) 742-1788

Certificate of Service

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 10, 2006.

/s/ Patrick W. Manzo