**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a | ) | |
| LASALLE BUSINESS CREDIT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-CV-10268-DPW |
| | ) | |
| v. | ) | |
| | ) | |
| CLINTON SAVINGS BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR WITHDRAWAL**
**OF APPEARANCE OF RICHARD A. SUGARMAN**

Pursuant to LR 83.5.2(c) the undersigned, a counsel of record for Plaintiff LaSalle

Business Credit, LLC ("LaSalle"), respectfully moves the Court for an Order granting the

withdrawal of his appearance in this matter.

The undersigned is leaving his position with Craig and Macauley Professional

Corporation.  LaSalle continues to be represented by Attorney Christopher Panos of

Craig and Macauley, and by Attorneys Eric Rein, John Conlon, and Bethany Schols of

Schwarz Cooper Greenberger and Kraus, all of whom have previously filed their

appearances in this case.

Accordingly, for all of the reasons stated herein, the undersigned counsel

respectfully requests that his Motion for Withdrawal of Appearance be granted.

Dated: September 26, 2007                    Respectfully submitted,

                                             By: _____ /s/ Richard A. Sugarman _____
                                             Richard A. Sugarman (BBO# 646791)
                                             Craig and Macauley Professional Corporation
                                             Federal Reserve Plaza
                                             600 Atlantic Avenue
                                             Boston, MA  02210
                                             Phone: (617) 367-9500
                                             Fax:   (617) 742-1788

<u>Certificate of Service</u>

        I hereby certify that this document(s) filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing
(NEF) and paper copies will be sent to those indicated as non-registered participants on
September 26, 2007.

                                             /s/ Richard A. Sugarman _____