**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a<br>LASALLE BUSINESS CREDIT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-10268-DPW |
| | ) | |
| CLINTON SAVINGS BANK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Counsel for Plaintiff, LaSalle Business Credit, LLC ("LaSalle), and Defendant, Clinton Savings Bank ("Clinton"), state the following as their Joint Status Report;

A.     <u>Status of the Case</u>:  All discovery has been completed, and awaiting ruling on summary judgment motion.

B.     <u>Discovery Proceedings</u>:  Discovery closed.

C.     <u>Settlement Discussions</u>:  The parties have engaged in settlement discussions, but have not reached a settlement.

D.     <u>Pending or Contemplated Motions</u>:  Clinton motion for summary judgment under advisement since September 27, 2006.

E.     <u>Proposed Dates for Pretrial Conference and Trial</u>:  At a date convenient for the Court and the parties.

- 2 -

Dated:  December 11, 2007

LASALLE BUSINESS CREDIT, LLC


By:_____/S/ Kathleen A. Rahbany_____
        One of Its Attorneys

Christopher J. Panos (BBO# 555273)
Kathleen A. Rahbany (BBO# 654322)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:    (617) 742-1788


CLINTON SAVINGS BANK


By:_____/S/ Kevin C. McGee_____
        One of Its Attorneys

        Kevin C. McGee (BBO# 548923)
        J. Robert Seder (BBO# 450260)
        SEDER & CHANDLER, LLP
        339 Main Street
        Worcester, MA 01608
        (508) 757-7721