**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a) <br> LASALLE BUSINESS CREDIT, INC.,    ) <br>                                                              ) <br>                       Plaintiff,             ) <br>     v.                                                    )       Case No. 05-10268-DPW <br>                                                              ) <br> CLINTON SAVINGS BANK,              ) <br>                                                              ) <br>                       Defendant.          ) | |

NOTICE OF APPEARANCE

Pursuant to LR 83.5.2, the following attorney hereby appears on behalf of LaSalle Business Credit, LLC:

>Kathleen A. Rahbany
>Craig and Macauley Professional Corporation
>Federal Reserve Plaza
>600 Atlantic Avenue
>Boston, Massachusetts  02210
>(617) 367-9500
>fax (617) 742-1788.

The above-named attorney hereby requests that she be placed on the service list, and demands that all orders, pleadings, notices, motions, and all other documents and papers filed in connection with the above-captioned proceeding be served upon her at the office address set forth below.

Respectfully submitted,

Dated:  December 11, 2007         By:  /s/  Kathleen A. Rahbany
                                                      Kathleen A. Rahbany (BBO# 654322)
                                                      Craig and Macauley Professional Corporation
                                                      Federal Reserve Plaza
                                                      600 Atlantic Avenue
                                                      Boston, MA  02210
                                                      Phone: (617) 367-9500
                                                      Fax:  (617) 742-1788