# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BUSINESS CREDIT, LLC, f/k/a) <br> LASALLE BUSINESS CREDIT, INC.,    ) <br>                                                                ) <br>              Plaintiff,                                  ) <br> v.                                                           )         Case No. 05-10268-DPW <br>                                                                ) <br> CLINTON SAVINGS BANK,                ) <br>                                                                ) <br>              Defendant.                              ) | |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that effective immediately, the new address, telephone number and facsimile number for counsel to Plaintiff, LaSalle Business Credit, LLC, f/k/a LaSalle Business Credit, Inc. will be as follows:

Eric S. Rein
Bethany N. Schols
**Dykema Gossett PLLC**
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: (312) 627-2279
Facsimile: (312) 627-2302

All pleadings, papers, notices and other documents filed or served in this matter should be sent to the above address.

Dated:  July 18, 2008          LASALLE BUSINESS CREDIT, LLC


                                                By:  /s/  Joseph J. Koltun
                                                        One of its attorneys
                                                Christopher J. Panos (BBO# 555273)
                                                Joseph J. Koltun (BBO#641117)
                                                Craig and Macauley Professional Corporation
                                                Federal Reserve Plaza
                                                600 Atlantic Avenue
                                                Boston, MA  02210
                                                Phone: (617) 367-9500
                                                Facsimile:  (617) 742-1788

Eric S. Rein
Bethany N. Schols
**Dykema Gossett PLLC**
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: (312) 627-2279
Facsimile (312) 627-2302

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing document to be served on the following parties electronically and/or by mail to the individuals listed below on July 18, 2008 at the following addresses:

J. Robert Seder
Seder & Chandler
339 Main Street
Suite 300
Worcester, MA 01608
Email: jrseder@sederlaw.com

Kevin C. McGee
Seder & Chandler
339 Main Street
Suite 300
Worcester, MA 01608
Email: kcmcgee@sederlaw.com

                                                /s/ Joseph J. Koltun
                                                Joseph J. Koltun